**IT IS ORDERED as set forth below:**



**Date: September 7, 2023**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARTHA ANN COPPINGER, | ) | CASE NO. 22-50396-WLH |
| | ) | |
| Debtor, | ) | |
| - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - | |
| | ) | |
| AUTOMOBILE ACCEPTANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| MARTHA ANN COPPINGER, | ) | |
| | ) | |
| Respondent, | ) | |

**<u>ORDER GRANTING AMENDED MOTION FOR RELIEF FROM STAY</u>**

IT APPEARING that this matter came before the Court on August 10, 2023 for hearing on

the Amended Motion For Relief From Stay (Doc. 54) filed by AUTOMOBILE ACCEPTANCE

CORPORATION, (hereinafter "Movant"); and

IT APPEARING that Movant contends it holds a perfected security interest in that certain vehicle, a 2016 Jeep Wrangler VIN: 1C4BJWDG3GL342292, by virtue of the Security Agreement; and

IT APPEARING that at the call of the calendar, no opposition was made by the Debtor's attorney or Trustee with respect to said Motion; it is hereby

ORDERED, DECREED AND ADJUDGED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby modified as to the above-described Vehicle and that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are inapplicable to this order.  Upon the order being granted and entered, Movant has the authority to contact the Debtor directly to determine intent regarding the property and/or to take reasonable action to recover the vehicle; It is further

ORDERED, DECREED AND ADJUDGED that any equity resulting from the disposition of the property shall be paid by Movant to the Chapter 7 Trustee.

**END DOCUMENT**

Submitted by:

/s/Robert J. Solomon
ROBERT J. SOLOMON
Georgia Bar No. 666635
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
Telephone: (678) 243-2512
Facsimile:  (678) 243-2518
rsolomon@sb-law.com
*Attorneys for Movant*

**NO OPPOSITION**:

<u>/s/Kathleen Steil</u>
KATHLEEN STEIL
Georgia Bar No. 598895
Ogier, Rothschild & Rosenfeld, PC
PO Box 1547
Decatur, GA 30031
(404) 525-4000
*Chapter 7 Trustee*

## DISTRIBUTION LIST

MARTHA ANN COPPINGER
2935 Wendy Lane
Marietta, GA 30060

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expressway
Atlanta, GA 30341

KATHLEEN STEIL
Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld, PC
PO Box 1547
Decatur, GA 30031

ROBERT J. SOLOMON
Solomon Baggett LLC
3763 Rogers Bridge Road
Duluth, GA 30097